IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TIM JONES | ) |
| | ) |
| v. | ) NO. 3:05-0351 |
| | ) JUDGE CAMPBELL |
| PHIL BREDESEN | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 13). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED. The trial set for April 18, 2006, and the pretrial conference set for April 10, 2006, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE